**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **LUIS GONZALEZ** <br> **Plaintiff,** <br><br> **v** <br><br> **STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, HAAG ENGINEERING COMPANY, SAMPSON QUANG NGUYEN, AND DAVID L. TEASDALE** <br> **Defendants.** | § § § § § § § § § § § | **CIVIL ACTION NO. 5:17-CV-00060** <br><br> **Jury** |

**DEFENDANTS HAAG ENGINEERING CO., SAMPSON QUANG NGUYEN, AND DAVID L. TEASDALE'S DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, Defendants Haag Engineering Co. ("Haag"), Sampson Quang Nguyen ("Nguyen"), and David L. Teasdale ("Teasdale") provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

**Haag Engineering Co. — defendant**

All of Haag Engineering Co.'s outstanding stock is privately held by individuals.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. **Luis Gonzalez. Cohen (Plaintiff)**
   c/o Andres Arguello (counsel)
   R. Brandon Davis II
   Arguello Law Firm
   1110 NASA Parkway, Suite 620
   Houston, Texas 77058

2. **State Auto Property & Casualty Insurance Company (Defendant)**
c/o Sterling Elza (counsel)
Alicia A. Murphy
Brown, Dean, Proctor & Howell, L.L.P.
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905

3. **Haag Engineering Co. (Defendant)**
c/o James L Sowder (Counsel)
George "Chris" Gabriel
Thompson Coe Cousins & Irons
Plaza of the Americas
700 N Pearl Street, 25th Floor
Dallas, Texas 75201

4. **Sampson Quang Nguyen (Defendant)**
c/o James L Sowder (Counsel)
George "Chris" Gabriel
Thompson Coe Cousins & Irons
Plaza of the Americas
700 N Pearl Street, 25th Floor
Dallas, Texas 75201

5. **David L. Teasdale (Defendant)**
c/o James L Sowder (Counsel)
George "Chris" Gabriel
Thompson Coe Cousins & Irons
Plaza of the Americas
700 N Pearl Street, 25th Floor
Dallas, Texas 75201

If new parties are added, or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ James L. Sowder*
James L. Sowder
State Bar No. 18863900
Southern District Bar No. 10994
jsowder@thompsoncoe.com
Chris Gabriel
State Bar No. 24074237
Southern District Bar No. 1654572
cgabriel@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8267
Facsimile: (214) 871-8209
**Counsel For Defendants**
**Haag Engineering Co., Sampson Quang Nguyen, and David L. Teasdale**

## CERTIFICATE OF SERVICE

This is to certify that on March 30, 2017, a true and correct copy of the foregoing document was duly served pursuant to the Federal Rules of Civil Procedure upon the counsel listed below:

Andres Arguello
R. Brandon Davis II
Arguello Law Firm
1110 NASA Parkway, Suite 620
Houston, Texas 77058

Alicia A. Murphy
Sterling Elza
Brown, Dean, Proctor & Howell, L.L.P.
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905

*/s/ James. L. Sowder*
James L. Sowder