**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **LUIS GONZALEZ**<br>**Plaintiff,**<br><br>**v**<br><br>**STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, HAAG ENGINEERING COMPANY, SAMPSON QUANG NGUYEN, AND DAVID L. TEASDALE**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 5:17-CV-00060**<br><br>**Jury** |

## NOTICE OF APPEARANCE

Defendants Haag Engineering Co., Sampson Quang Nguyen, and David L. Teasdale ("Defendants") hereby gives notice that Chris Gabriel of Thompson, Coe, Cousins & Irons, L.L.P., 700 North Pearl Street, 25th Floor, Dallas, Texas 75201-2832, Telephone: 214-871-8200, Fax: 214-871-8209, State Bar No. 24074237, Southern District Bar No. 1654572, cgabriel@thompsoncoe.com (e-mail), will appear as co-counsel for Defendant in the above-numbered and entitled cause.

Defendant respectfully requests that all correspondence and documents in this case be served upon all counsel.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Chris Gabriel*

James L. Sowder
State Bar No. 18863900
Southern District Bar No. 10994
jsowder@thompsoncoe.com
Chris Gabriel
State Bar No. 24074237
Southern District Bar No. 1654572
cgabriel@thompsoncoe.com

Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8267
Facsimile: (214) 871-8209
**Counsel For Defendants**
**Haag Engineering Co., Sampson Quang Nguyen, and David L. Teasdale**

**CERTIFICATE OF SERVICE**

This is to certify that on April 5, 2017, a true and correct copy of the foregoing document was duly served pursuant to the Federal Rules of Civil Procedure upon the counsel listed below:

Andres Arguello
R. Brandon Davis II
Arguello Law Firm
1110 NASA Parkway, Suite 620
Houston, Texas 77058

Alicia A. Murphy
Sterling Elza
Brown, Dean, Proctor & Howell, L.L.P.
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905

*/s/ Chris Gabriel*
Chris Gabriel