United States District Court
Southern District of Texas
**ENTERED**
November 01, 2017
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| LUIS GONZALEZ<br>    **Plaintiff,** | §<br>§<br>§ | |
| vs. | §<br>§ | **Civil Action Number**<br>**5:17-CV-00060** |
| STATE AUTO PROPERTY &<br>CASUALTY INSURANCE COMPANY,<br>HAAG ENGINEERING COMPANY,<br>SAMPSON QUANG NGUYEN, AND<br>DAVID L. TEASDALE<br>    **Defendant.** | §<br>§<br>§<br>§<br>§<br>§ | **Jury** |

### ORDER FOR DISMISSAL WITH PREJUDICE

ON  this the  *31st*  day of *October*, 2017, came on to be considered the Parties'

Agreed Motion for Dismissal with Prejudice, and the Court having considered said Motion, and

being of the opinion that the same should be granted;  it is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff **Luis Gonzalez's**

claims and causes of action against Defendant, **State Auto Property & Casualty Insurance**

**Company**, be and the same are hereby dismissed, with prejudice and at the cost of party

incurring same.

SIGNED this *31st* day of _____*October*_____, 2017.

_____
UNITED STATES DISTRICT JUDGE

**ARGUELLO LAW FIRM**

/s/ _____
Andres Arguello
State Bar No. 24089970
andres@simplyjustice.com

Philip Broderick
State Bar No. 24094561
philip@simplyjustice.com
1110 NASA Parkway, Suite 620
Houston, Texas 77058
Telephone: (281) 884-3960
Fax: (281) 884-3961

**ATTORNEYS FOR PLAINTIFF**
**LUIS GONZALEZ**


-and-

**BROWN, DEAN, PROCTOR & HOWELL, L.L.P.**

*/s/ Sterling Elza*
Sterling Elza
State Bar No. 24026823
Alicia A. Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas  76102-4905
Telephone: (817) 332-1391
Facsimile:  (817) 870-2427
selza@browndean.com
amurphy@browndean.com

**ATTORNEYS FOR DEFENDANTS**
**STATE AUTO PROPERTY &**
**CASUALTY INSURANCE COMPANY**